UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AFICS,Inc.,

                    Plaintiffs,

          -against-

George's Seamless Gutters, Inc.,

                    Defendant.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 1/2/2024 __

**ORDER RE STATUS CONFERENCE**

7:23-cv-4134-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **1/9/2024 at 11:00 am**.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

       **SO ORDERED.**

DATED:     White Plains, New York
             January 2, 2024

                                  _____
                                  VICTORIA REZNIK
                                  United States Magistrate Judge